**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00209-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLAYTON LEVI RENVILLE,

    Defendant.

---

**ORDER SETTING CHANGE OF PLEA HEARING**

---

Pursuant to the telephone conference between counsel and Chambers staff, and in response to the Notice of Disposition (Doc. # 11) filed May 26, 2009, a Change of Plea hearing is set for **July 24, 2009 at 9:30 a.m.** in Courtroom A602 of the Arraj Courthouse. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers and to the Probation Department no later than **noon on July 22, 2009**. <u>If these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy</u>. The original and one copy of these documents should be delivered to the courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

IT IS FURTHER ORDERED that, in light of the filing of a notice of disposition, the Final Trial Preparation Conference set for June 12, 2009 and the two-day jury trial set to commence July 6, 2009 are VACATED.

DATED:  May   27  , 2009            BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge